serve a new notice of examination, if so advised, after the bill of particulars herein ordered has been served. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of JOHN LIST and Another, Appellants. Summarily to Compel ALBERT EDWARD MAVES, an Attorney, etc., Respondent, to Pay over Moneys Unlawfully Withheld by Him.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS SILVERMAN, Appellant, v. JOHN F. GILCHRIST and Others, Said Persons Constituting the State Tax Commission of the State of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ARTHUR BUTLER GRAHAM, Respondent, v. RUDOLPH VALENTINO GUGLIELMI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

C. D. WOOD ELECTRIC CO., INC., Respondent, v. FRANCO ELECTRIC CORPORATION, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MADELINE POLLACK, by AMELIA GILDERSLEEVE, Her Guardian ad Litem, Respondent, v. LEONARD W. POLLACK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JERRY SULLIVAN, Appellant, v. THE BROOKLYN CITY RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Smith, J., dissenting.

NATHAN BERLINER, Respondent, v. MARY BERLINER, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

EMILIE WEIL, Respondent, v. SAMUEL HOROWITZ, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LESLIE HICKSON, as Committee, etc., of EMILY L. HICKSON, an Incompetent, Person, Respondent, v. HICKSON, INC., and Others, Appellants, Impleaded with Others.— Order modified by granting a preference over cases noticed for the same term, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MARY L. LAIRD, Appellant, v. HOLLEY HOTEL CO., INC., Sued as HOLLEY HOTEL CORP., Respondent.— Order modified by limiting the examination to item I of the notice of examination, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FOOTE, PIERSON & COMPANY, INC., Respondent, v. THE CITY OF NEW YORK